UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER KISKADEN, | No. 2:17-cv-2466-EFB P |
| Petitioner, | |
| v. | ORDER |
| CDCR COMMISSIONER, | |
| Respondent. | |

Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. He attacks a judgment imposed by the Los Angeles County Superior Court, which lies in the United States District Court for the Central District of California.

Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that this matter is transferred the Western Division of the United States District Court for the Central District of California, as that is the district of conviction. 28 U.S.C. §§ 1404(a), 2241(d).

DATED: November 28, 2017.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE